IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-CV-824-BO

| | |
|---|---|
| JOSHUA L. NAGELBERG,<br><br>         *Plaintiff*,<br><br>vs.<br><br>DEFENSE FINANCE & ACCOUNTING SERVICE, an agency of THE UNITED STATES OF AMERICA and EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company,<br><br>         *Defendants*. | **ORDER** |

**THIS MATTER,** coming before the Court upon the *Consent Motion for Modification of Scheduling Order* ("Motion") filed by Plaintiff JOSHUA L. NAGELBERG ("Plaintiff") and it appearing that Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") consents to the relief requested and for good cause shown, the Motion is hereby **GRANTED** and the Scheduling Order [D.E. 30] entered by the Court on March 30, 2017, as modified by the Order entered on July 20, 2017 (collectively, the "Scheduling Order"), is modified as follows *as between Plaintiff and Equifax*:[1]

---

[1] Plaintiff reports that "Equifax is the only remaining defendant in this action, as Plaintiff has resolved the claims for relief against both DEFENSE FINANCE & ACCOUNTING SERVICE ("DFAS") and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian")." However, a review of the record in this case reveals that Experian is the only defendant that has been dismissed from the action. While the parties filed a notice of settlement regarding Plaintiff's claims against DFAS [D.E. 33], there has been no dismissal of Plaintiff's claims against DFAS; and DFAS, therefore, remains a party to this action.

1.	The deadline by which Plaintiff is required to disclose the identities of, and provide any reports from, retained expert witnesses is extended by not less than thirty (30) days, up to and including October 1, 2017 (as opposed to September 1, 2017);

2.	The deadline by which Equifax is required to disclose the identities of, and provide any reports from, retained and/or rebuttal expert witnesses is extended by not less than thirty (30) days, up to and including November 1, 2017 (as opposed to October 1, 2017);

3.	The deadline by which Plaintiff and Equifax are required to complete all discovery (referred to herein as, the Discovery Deadline), is extended by not less than thirty (30) days, up to and including December 1, 2017 (as opposed to October 16, 2017);

4.	The deadline by which Plaintiff and Equifax are required to file any dipositive motions (referred to in the Motion as, the "Dispositive Motions Deadline"), is extended by not less than thirty (30) days, up to and including January 5, 2018 (as opposed to December 1, 2017).

**SO ORDERED** this 11th day of September 2017.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge