IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-CV-00824-BO

JOSHUA L. NAGELBERG,

    *Plaintiff*,

vs.

DEFENSE FINANCE & ACCOUNTING SERVICE, an agency of THE UNITED STATES OF AMERICA, EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation,

    *Defendants*.

**ORDER**

**THIS MATTER** coming before the Court upon the *Joint Motion for Referral to Court-Hosted Settlement Conference with United States Magistrate Judge* (the "Joint Motion") filed by Plaintiff JOSHUA L. NAGELBERG ("Plaintiff") and EQUIFAX INFORMATION SERVICES, LLC ("Defendant" or "Equifax") (Plaintiff and Defendant are collectively referred to herein as, the "Parties") pursuant to Local ADR Rule 101.2, E.D.N.C., and it appearing that the Parties agree that a court-hosted settlement conference is preferable in this matter, and the Joint Motion should be allowed.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.    For good cause shown, the Joint Motion is **ALLOWED**.

2.    The above-captioned civil action is hereby **REFERRED** to United States Magistrate Judge _Jones_ for a court-hosted settlement conference, to be conducted ~~on October 26, 2017~~, however, and in the event said time is not convenient, to date Two at the direction of Judge Jones

and time mutually agreeable amongst all participants, which shall occur prior to December 1, 2017.

3. The Parties are **DIRECTED** to consult with United State Magistrate Judge Jones to schedule the settlement conference, which shall be scheduled by separate Order, at the discretion of Judge Jones, or in the alternative, at a time mutually convenient to the Court. Two TWB

4. The settlement conference shall be conducted pursuant to the provisions of Local ADR Rule 101.2, E.D.N.C.

**SO ORDERED** this, the _13_ day of October, 2017.

THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE